BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP STOECKINGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS,<br><br>　　　　Defendant. | CASE NO. 2:18-cv-02054-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT TO REPLY TO RESPONSES TO MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Plaintiff Philip Stoeckinger, and Defendant City of Las Vegas ("City"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by two (2) weeks for the City to reply to Plaintiff's Response to Motion for Summary Judgment, ECF No. 21 and for the Plaintiff to reply to City's Response to Motion for Summary Judgment, ECF No. 22. The City's reply and Plaintiff's reply to the Response to Motion for Summary Judgment is presently due on Monday, September 23, 2019, respectively.

　　　　This first extension request is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as Defendant City's counsel requires further time due to traveling out of state from September 17 - 20, 2019, coupled with several calendar conflicts upon his return. The parties stipulate that the City will file its reply to the response to the Motion for Summary Judgment by **Monday, October 7, 2019**, and the Plaintiff will file his reply to the response to the Motion for Summary Judgment by **Monday, October 7, 2019**.

/ / /

An additional two (2) weeks for the Defendant and Plaintiff to file their reply to the Response to Motion for Summary Judgment will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 17th day of September, 2019.   Dated this 17th day of September, 2019.

/s/ Jack Eslinger   /s/ Daniel Marks

JACK O. ESLINGER, ESQ.
Deputy City Attorney
CITY OF LAS VEGAS
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
jeslinger@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

DANIEL MARKS, ESQ.
LAW OFFICE OF DANIEL MARKS
Nevada Bar No. 002003
610 South Ninth Street
Las Vegas, NV 89101
office@danielmarks.net
*Attorneys for Plaintiff
Philip Stoeckinger*

IT IS SO ORDERED:

United States District Judge
Dated: September 17, 2019.