# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP STOECKINGER,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF LAS VEGAS,<br><br>    Defendant | Case No.: 2:18-cv-02054-APG-BNW<br><br>**Order for Proposed Joint Pretrial Order** |

The proposed joint pretrial order was due 30 days after I ruled on dispositive motions. ECF No. 15 at 2. I ruled on the parties' summary judgment motions on March 23, 2020. ECF No. 55. More than 30 days have passed, and the parties have not filed the proposed joint pretrial order.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by May 22, 2020. The failure to do so may result in sanctions or dismissal of the case without further notice.

DATED this 4th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE