1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   office@danielmarks.net
3  610 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 386-0536: FAX (702) 386-6812
   *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PHILIP STOECKINGER                          Case No. 2:18-cv-02054-APG-BNW

       Plaintiff,

v.                                          **STIPULATION AND ORDER TO**
                                            **DISMISS WITH PREJUDICE**

CITY OF LAS VEGAS,

       Defendant.
_____/

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this ___ day of September 2020

| LAW OFFICES OF DANIEL MARKS | CITY ATTTORNEYS OFFICE |
|---|---|
| By: /s/ Daniel Marks<br>Daniel Marks, Esq.<br>Nevada State Bar No. 2003<br>610 South Ninth Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | By: __/s/ Jeffrey L. Galliher___<br>Jeffrey L. Galliher, Esq.<br>Nevada State Bar No. 8078<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

Date:   September 25, 2020             _____
                                       UNITED STATES DISTRICT COURT JUDGE